UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: **12-cv-81233-Ryskamp/Hopkins**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

IRAN W. MCGRIFF
a.k.a. Iran McGriff

Defendant

_____/

### SUMMONS IN A CIVIL ACTION

TO:

    Iran W. McGriff
    2559 Webb Ave., Suite 6
    Delray Beach Fl 33444

A Lawsuit has been filed against you.

Within 21 days after service of this summons on you, exclusive of the day of service, you must serve on the PLAINTIFF an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The Answer or Motion must be served on the PLAINTIFF'S ATTORNEY, who name and address are:

    PLAINTIFF'S ATTORNEY:

    Shannon Harvey, Esquire
    The Law Offices of Shannon Harvey, P.A.
    1111 Lincoln Rd., Ste 400, Miami Beach, FL. 33139

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must also be filed with the Clerk of this Court within a reasonable period of time after service.

DATE: __**11/8/2012**__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts